THE ATTORNEY GENERAL,
OF TEXAS



August 21, 1953

Hon. H. A. Beckwith          Opinion No. S-86
Chairman
Board of Water Engineers  Re: Legality of the Assistant
302 West 15th Street          Secretary of the Board of
Austin, Texas                 Water Engineers to certify
                              orders and other docu-
                              ments of the Board and to
                              assume responsibility as
                              custodian of the files and
Dear Mr. Beckwith:            records of such Board.

          You have requested an opinion of this office
on the following question:

          "This Board desires for you to give us
     your opinion as to the legality of the As-
     sistant Secretary of the Board certifying
     to orders, decisions of record, papers, maps
     or other documents.  Also, can the responsi-
     bility as custodian of the files and records
     be delegated to the Assistant Secretary of
     the Board?"

          Subdivisions 6, 7, and 16 of Article 7477,
Vernon's Civil Statutes, as amended by Chapter 357, Acts
of the 53rd Legislature, 1953, p. 874, provide:

          "(6) The Board may appoint such other
     employees as may be deemed necessary for
     the efficient performance of the duties
     authorized and required of it by law.

          "(7) . . . The Secretary shall be cus-
     todian of all files and records of the Board.

          " . . .

          "(16) Upon the application of any per-
     son and upon payment of the fees prescribed
     therefor in the rules and regulations of the
     Board, the Board shall furnish certified copies

of any of its proceedings or other official
acts of record, or of any paper, map or
document filed in the office of the Board,
in connection with the appropriation of
water, determination of water rights, or ad-
ministration of water rights. Such certified
copies under the hand of the Chairman or the
Secretary, and the seal of the Board shall
be admissible in evidence in any court or
administrative proceeding, in the same manner
and with like effect as the original would
be."

Article 7488, V.C.S., provides:

"The Board shall have power to make all
needful rules for its government and proceed-
ings; and shall have a seal, the form of
which it shall prescribe."

The 53rd Legislature in the General Appropria-
tion Act provides for the employment of a Business Mana-
ger and Secretary of the Board and an Assistant Secretary
of the Board. The word "assistant" is universally
defined as one who aids, helps, or assists, while the
word "deputy" is defined as a person appointed to act
for another; to substitute; to delegate; an agent; and
in the absence of any statutory provisions the assistant
never acts officially for the principal. Niall v. State,
129 S.W. 630 (Tex.Crim. 1910). But the fact that a
deputy is described in a transaction as an assistant or
vice versa will not invalidate his acts. Pierson v.
State, 180 S.W. 1080 (Tex.Crim. 1915).

In view of the foregoing, the answer to your
question is dependent upon the scope of the employment
of the Assistant Secretary by the Board of Water Engineers.
If the Assistant Secretary is employed only for the purpose
of aiding or assisting the Secretary of the Board, the
Assistant Secretary would not be authorized to perform
the duties of the Secretary imposed by law. However, if
the employment is for the stated purpose of authorizing
the Assistant to act for the Secretary of the Board and
perform the duties of the Secretary of the Board in the
absence of the Secretary, then such assistant would be
in fact a "deputy" and would be authorized to certify

orders, decisions of record, papers, maps and other documents, and any other duty imposed on the Secretary, including the responsibility of custodian of the files and records. In other words, the Board of Water Engineers has the authority to prescribe the duties of the Assistant Secretary, and such duties may include those outlined in your request. We are supported in this conclusion by the provisions of Section 1 of Article 3731a, Vernon's Civil Statutes, which provides:

"Any written statement, certificate, record, return or report made by an officer of this state or of any governmental subdivision thereof, or by his deputy or employee, in the performance of the functions of his office shall be, so far as relevant, admitted in the courts of this state as evidence of the matter stated therein, subject to the provisions in Section 3."

## SUMMARY

The Board of Water Engineers has authority to prescribe the duties of the Assistant Secretary of the Board, and such duties may include certifying to orders, decisions of record, papers, maps and other documents, and in the absence of the Secretary to authorize the Assistant Secretary to act as custodian of the files and records.

Yours very truly,

JOHN BEN SHEPPERD
Attorney General

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

By *John Reeves*
John Reeves
Assistant

Robert S. Trotti
First Assistant

JR:am